IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA CROWDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv695-MHT |
| | ) | (WO) |
| WARDEN ROBINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate
incarcerated at the Limestone Correctional Facility,
brought this case alleging that he was stabbed by
another inmate due to the deliberate indifference of
the defendants.  This lawsuit is before the court on
the recommendation of the United States Magistrate
Judge that the case be transferred to the United States
District Court for the Northern District of Alabama
pursuant to 28 U.S.C. § 1404(a).  The plaintiff has
filed a response agreeing with the recommendation.
After an independent and de novo review of the record,
the court concludes that the magistrate judge's

recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama. All pending motions are left for resolution after transfer and are terminated in this court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 16th day of November, 2021.

            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE